SALISBURY TRANSP. CO. v. P. U. C.

Ohio Supreme Court.

No. 20735. Decided Dec. 28, 1927.

Error to Public Utilities Commission.

Order affirmed.

Syllabus by Editorial Staff.

973. PUBLIC UTILITIES COMMISSION—Court will not disturb findings of, where record shows order, in denying application, was not unreasonable nor unlawful.

Messrs. Brown & Reed and Messrs. Postlewaite & Bricker, Columbus, for plaintiff in error.

Mr. E. C. Turner, attorney general, and Mr. A. M. Calland, Columbus, for the Public Utilities Commission.

Mr. Curtis M. Shetler for The Stark Electric Railroad Co., protestant.

Mr. D. H. Armstrong for Mr. Albert B. Schneider and Mr. Joseph F. Eberhard, protestants.

BY THE COURT.

This case originated before the Public Utilities Commission, on the application of plaintiff in error, the Salisbury Transportation Company, for an amendment of its two certificates, one authorizing an operation between Canton and Alliance, and the other between Canton and Louisville, an intermediate point, so as to authorize it to establish new time schedules between said termini. The effect of such application, if allowed, would be to permit, by bus connection under the schedules applied for, continuous service between Canton and Alliance, where theretofore a modified local service had obtained. Protests against the granting of the application were duly filed.

The commission, as disclosed by its order, was of opinion that the granting of the present application would emasculate its former order covering the same territory, made about three months previously, and therefore denied the present application of the plaintiff in error, whereupon error was prosecuted to this court.

The questions presented to the Public Utilities Commission, and now upon error to this court, lie in the domain of fact, and no legal questions are herein presented that have not been heretofore determined by this court. Upon this record this court cannot find that conditions have materially changed since the commission made its previous order, nor that the commission's order in denying the application of the Salisbury Transportation Company for the establishment of the new time schedules was unreasonable or unlawful; neither can we find that the public necessity and convenience

(Continued on Page 46)

# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

**January 11, 1928**

20907—Fred L. Harten et v. Henry L. Gayer. Motion for Erie Appeals to certify. King, Ramsey & Flynn, Sandusky, for pltff; Young & Young, Norwalk, for deft.

20908—John B. Daly v. Oscar B. Savage. Motion for Clinton Appeals to certify. Chas. L. Daly, Maysville, Ky., and Hayes & Burns, Wilmington, O., for pltff; Smith, Rogers & Smith, Wilmington, for deft.

**January 12, 1928**

20909—Clark Restaurant Co. v. Arthur Simmons. Motion for Cuyahoga Appeals to certify. Mooney, Hahn, Loeser & Keough, Cleveland, for pltff; Wm. S. Fitzgerald and F. E. Coleman, Cleveland, for deft.

20910—Wheeling Traction Co. et v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. G. D. Kinder, Martins Ferry for pltff; E. C. Turner, Atty. Genl., and A. M. Calland, of counsel, Columbus, for deft.

**January 13, 1928**

20911—Western Reserve Steel Co. et v. Village of Cuyahoga Hts. Motion for Cuyahoga Appeals to certify. John H. Schultz, Garfield, Cross, MacGregor & Baldwin, Cleveland, for pltff; C. F. Shuler, Locher, Green & Woods, Cleveland, for deft.

20912—Harry M. Gould v. John D. Gerken. Motion for Lucas Appeals to certify. Tyler, McMahon, Smith & Wilson, Toledo, for pltff; Frasier, Hiett, Wall & Effler, Toledo, for deft.

20913—New York, Chicago & St. Louis R. R. Co. v. Edgar M. Granfell; motion for Cuyahoga Appeals to certify. Tolles, Hogsett & Ginn, Cleveland, for pltff; Newcomb, Newcomb & Nord, Cleveland, for deft.

**January 14, 1928**

20914—Stearns Conveyor Co. v. Superior Foundry Co. Motion for Cuyahoga Appeals to certify. J. L. Weisend, J. B. Shepler and Thompson & Smith, Cleveland, for pltff; Grossman & Grossman, Cleveland, for deft.

20915—Martin Weimer v. State of Ohio. Motion for Greene Appeals to certify. F. L. Johnson, Xenia, for pltff; J. C. Marshall, Xenia, for deft.

20916—Ralph Jenks et, Administrator v. State of Ohio ex Bertha Hirsch. Motion for Greene Appeals to certify. F. L. Johnson, Xenia, for pltff; F. Halean and E. D. Smith, Xeina, for deft.

20917—Stark Electric R. R. Co. v. Public Utilities Commission of Ohio. Error to Public Utilities Commission of Ohio. Herbruck, Shetler, Melchiar & Roach, Canton, for pltff; E. C. Turner, Atty. Genl., and A. M. Calland, of counsel, Columbus, for deft.

20918—Leonard W. Kuttler v. T. S. Hurwitz. Motion for Cuyahoga Appeals to certify. M. P. Goodman and E. G. Derr, Cleveland, for pltff; A. A. Woldman, Cleveland, for dtf.

**January 16, 1928**

20919—Grace C. Moore et v. Homer I. Clark et. Motion for Summit Appeals to certify. Beery, Sheppard, Meisner & Pool, Akron, for pltffs; Musser,. Kimber & Huffman, Akron, for defts.

20920—F. G. Hornbach et v. Sabin Robbins Paper Co. Motion for Butler Appeals to certify. E. W. Elliott, Middleton, for pltffs; W. C. Shepperd, Hamilton, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

19922—Glass Coating Co. v. Sherman S. Clark, Cuyahoga. Judgment of the court of appeals reversed and that of the common pleas affirmed. Dock. 4 Abs. 475.

20478—State ex Jacob Grdina v. Charles R. Ely, mayor. In prohibition. Writ allowed. Dock. 5 Abs. 281.

20569—Gertrude Davis v. State of Ohio, Cuyahoga. Judgment affirmed. Dock. 5 Abs. 378.

20672—Tax Commission of Ohio v. W. S. Paxson, administrator, Fayette. Judgment of Court of Appeals reversed in part and affirmed in part. Dock. 5 Abs. 506.

20728—Columbus & Zanesville Transportation Co. v. Public Utilities Commission. Order affirmed. Dock. 5 Abs. 588.

20872—Herbert J. Heywood v. Federated Lutheran Benevolent Society et, Lucas. Petition in error dismissed, no debatable constitutional question involved. Dock. 5 Abs. 823.

### MOTION DOCKET

20620—Employers' Liability Assurance Corp. Lt., v. Francis J. Rogers, et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5 Abs. 446.

20864—Max Rubin v. Henry Dolinsky. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5 Abs. 823.

20865—John Augustus Bernower et v. Mary E. Bernower et. Motion for Stark Appeals to certify. Overruled. Dock. 5 Abs. 823.

20868—Hala Jackson v. Elizabeth Dice et. Motion for Scioto Appeals to certify. Overruled. Dock. 5 Abs. 823.

20869—Andrew Ketterer et v. R. C. Kridler. Motion for Columbiana Appeals to certify. Overruled. Dock. 5 Abs. 823.

20870—James M. Modarelli v. Savin Tisone. Motion for Mahoning Appeals to certify. Overruled. Dock. 5 Abs. 823.

20871—Fudolph Zaft v. State of Ohio. Motion for leave to file petition in error to Cuyahoga Appeals. Overruled. Dock. 5 Abs. 823.

20872—Herbert J. Heywood v. Federated Lutheran Benevolent Society et. Motion for Lucas Appeals to certify. Overruled. Dock. 5 Abs. 823.

20873—Vincent Golonka v. Pennsylvania Rd. Co. Motion for Mahoning Appeals to certify. Overruled. Dock. 6 Abs. 13.

20874—Leonard A. Allard v. Travelers Ins. Co. et. Motion for Mahoning Appeals to certify. Overruled. Dock. 6 Abs. 13.

20879—Lazaros Th. Lazarides v. Josephine Turowske. Motion for Stark Appeals to certify. Overruled. Dock. 6 Abs. 29.

(Continued from Page 44)

in the territory sought to be served require the establishment of the new time schedule applied for, under present conditions, and in view of the existing service prevailing between Canton and Alliance and between Canton and Louisville.

The order of the commission will be affirmed.

(Marshall, CJ., Day, Allen, Kinkade, Robinson, Jones and Matthias, JJ., concur.)